**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      The State of Texas  **V.**  Allen Tercero

Appellate case number:    01-14-00120-CR

Trial court case number:  10-DCR-056111

Trial court:              434th District Court of Fort Bend County

Date motion filed:        April 14, 2015

Party filing motion:      The State of Texas

      It is ordered that the motion for en banc reconsideration is **DENIED.**


Judge's signature: /s/ ___Evelyn v. Keyes_____
                      Acting for the Court

The en banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.


Date: <u>June 30, 2015</u>